IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MICHAEL CASEY SOODJINDA,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHWEST MEDICAL CENTER,<br><br>Defendants. | Case No. 26-cv-2133-AWM-JBW |

**ORDER**

This matter is before the Court on *pro se* Plaintiff's Reply In Support of Motion to Strike Defendant's Out-Of-Time Filing and for Entry of Default (Dkt. 32). The Court construes this as Plaintiff's request for entry of default against the entity "Southwest Medical Center Foundation" ("Foundation") under Fed. R. Civ. P. 55 based on Plaintiff's purported service on that entity on March 19, 2026.[1] However, the Foundation was not a named defendant in Plaintiff's original complaint and attachments filed on March 11, 2026. Plaintiff's original Employment Discrimination Complaint (Dkt. 1) named "Southwest Medical Services" as the defendant in the case caption, but his "Complaint and Jury Demand" (Dkt. 1-1) named "Southwest Medical Center" as the defendant (Dkt. 1-1). These discrepancies in the names used for the defendant were discussed with Plaintiff at the July 21, 2026 Status Conference.[2] After extensive discussion regarding the entity Plaintiff was trying to name as Defendant, the Court concluded that Plaintiff's

[1] The Foundation filed an Answer and Affirmative Defenses to Plaintiff's Complaint as an interested party on April 9, 2026, stating it was served with Plaintiff's Complaint and Jury Demand, but it was "not the named Defendant in this matter." Answer (Dkt. 5) at 1 n.1 and 9. Plaintiff previously argued the Foundation's Answer was untimely filed and moved to strike it. *See* Pl.'s Mot to Strike (Dkt. 16).

[2] *See* July 21, 2026 Order (Dkt. 25).

claims in this case were being asserted against the entity "Southwest Medical Center" and ordered Plaintiff to file an Amended Complaint that corrected Defendant's name and serve that Defendant by August 31, 2026.[3] The Court also found as moot and denied without prejudice Plaintiff's prior motion to strike the Foundation's answer and related motion for default judgment "because they are directed at entities that do not exist, such as 'Southwest Medical Center LLC,' or are a filing by interested party Foundation, which is not the proper defendant in the case."[4]

Plaintiff timely filed his Amended Complaint (Dkt. 28) on August 3, 2026. In addition to naming "Southwest Medical Center" as a Defendant, he also names "Seward County Board of County Commissioners," "Southwest Medical Center Foundation, Inc.," and "Jacqueline Nieblas, individually and in her official capacity as Director of Human Resources." The docket reflects that none of these named Defendants have yet been served with summons and the Amended Complaint.

Plaintiff's service of the original complaint upon the Foundation, which named "Southwest Medical Services" or "Southwest Medical Center" as the defendant, cannot be a basis for a default motion against the Foundation because (1) the original complaint did not name the Foundation as a defendant and (2) the original complaint was superseded by the Amended Complaint and Plaintiff has not yet shown he has served it upon the Foundation. For these reasons, Plaintiff's request that the Clerk of Court enter default against the Foundation, based on its alleged failure to file an answer or responsive pleading to the original complaint, is denied without prejudice.

**IT IS THEREFORE ORDERED** that Plaintiff's motion requesting entry of default against the Foundation (Dkt. 32) is denied without prejudice.

---

[3] *Id.*

[4] *Id.*

A copy of this order will be mailed to Plaintiff.

**IT IS SO ORDERED.**

Dated August 27, 2026, at Kansas City, Kansas.

Jennifer B. Wieland
U. S. Magistrate Judge